No. 80–11.  MERRION ET AL., DBA MERRION & BAYLESS, ET AL. *v.* JICARILLA APACHE TRIBE ET AL.; and

No. 80–15.  AMOCO PRODUCTION CO. ET AL. *v.* JICARILLA APACHE TRIBE ET AL.  C. A. 10th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  JUSTICE STEWART took no part in the consideration or decision of these petitions.  Reported below: 617 F. 2d 537.

No. 79–1362.  AMERICAN FIDELITY LIFE INSURANCE CO. ET AL. *v.* ALABAMA FARM BUREAU MUTUAL CASUALTY INSURANCE CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 79–1376.  PLISS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 79–1389.  REINE *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 79–1406.  CITY OF LOS ANGELES *v.* GREATER WESTCHESTER HOMEOWNERS ASSN. ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 79–1410.  DUPART ET AL. *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 79–1494.  CLARK *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 79–1522.  POTASHNICK ET AL. *v.* PORT CITY CONSTRUCTION CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–1534.  BUTLER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.